[No. 14861–3–I.  Division One.  June 3, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
L. BIBLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02597–1, H. Joseph Coleman, J., entered

May 17, 1984. *Dismissed* by unpublished per curiam opinion.